**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| TRACY A. WILLIAMS,<br>　　　Plaintiff,<br><br>　　　v.<br><br>BALLY'S MANAGEMENT GROUP,<br>LLC,<br>　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

C.A. No. 1:25-00147-MSM-PAS

## **JUDGMENT**

IT IS ORDERED AND ADJUDGED:

JUDGMENT enters in accordance with the Memo and Order  of 11/4/2025.

　　　　　　　　　　　　　　　　Enter:
　　　　　　　　　　　　　　　　/s/ C. Potter
　　　　　　　　　　　　　　　　Deputy Clerk
　　　　　　　　　　　　　　　　Dated 11/4/2025