# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| TRACY A. WILLIAMS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BALLY'S MANAGEMENT GROUP, LLC<br><br>Defendant. | **Civil Action No.: 1:25-cv-00147-MSM- PAS**<br><br><br><br>**NOTICE OF APPEAL** |

## PLAINTIFFS' NOTICE OF APPEAL

Notice is hereby given that Plaintiff, Tracy A. Williams, in the above-captioned action, appeals to the United States Court of Appeals for the First Circuit from the Memorandum and Order entered on November 4, 2025 (ECF No. 21), granting Defendant's motion to dismiss, and from the Judgment entered on November 4, 2025 (ECF No. 22), disposing of all claims.

Dated: December 2, 2025

Respectfully submitted,

**SIRI & GLIMSTAD LLP**
*/s/ Oren Faircloth*
Oren Faircloth (*pro hac vice*)
Kimberly Dodson (*pro hac vice*)
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (212) 532-1091
E: ofaircloth@sirillp.com
E: kdodson@sirillp.com

Mark B. Morse
RI Bar Reg No 3003
420 Angell Street
Providence, RI 02906
(401) 831-0555
Fax (401) 273-0937
mark@morselawoffice.com

*Attorneys for Plaintiff and the Proposed Clas*

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned, an attorney, certifies that on the 2nd of December, 2025, a true and correct copy of the foregoing Notice of Appeal was filed with the Court by electronic filing protocols and that same will therefore be electronically served upon all attorneys of record registered with the Court's ECF/CM system.

_/s/ Oren Faircloth_____

Oren Faircloth *(pro hac vice)*